UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| CHRISTINA LEGRAMAPlaintiff(s),v.FREMONT INVESTMENT & LOANDefendant(s)._____/ | No. C 10-02945 MEJ**SECOND ORDER DIRECTING PLAINTIFFS TO FILE CONSENT/DECLINATION FORM** |

On July 14, 2010, the Court ordered the parties to file a consent to proceed before a magistrate judge or request for reassignment to a district court judge by August 12, 2010. (Dkt. #8.) Plaintiffs have failed to comply with this order. Accordingly, Plaintiffs shall inform the Court, by way of the enclosed form, whether they consent to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. The consent/declination form shall be filed by September 2, 2010. Failure to comply with this order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: August 20, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA LEGRAMA | No. C 10-02945 MEJ |
|     Plaintiff(s), | |
| vs. | |
| FREMONT INVESTMENT & LOAN | |
|     Defendant(s). | |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____     Signed by:_____

                                                                             Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____     Signed by:_____

                                                                             Counsel for:_____

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA LEGRAMA | Case Number: 10-02945 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| FREMONT INVESTMENT & LOAN | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eugene J. Chiarelli
Chiarelli and Mollica LLp
2121 N. California Blvd
Suite 290
Walnut Creek, CA 94596

Dated: August 20, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

3