UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CHRISTINA LEGRAMA and HENRY BANAGA, JR.,<br><br>          Plaintiffs,<br>     v.<br><br>FREMONT INVESTMENT & LOAN, et al.,<br><br>          Defendants.<br>_____/ | No. C 10-2945 MEJ<br><br>**ORDER RE: DEFENDANTS U.S. PACIFIC LOANS & FREMONT GENERAL CREDIT CORP.** |

Upon review of the docket in this matter, the Court notes that Defendants U.S. Pacific Loans and General Credit Corporation have yet to appear in this matter, and there is no indication that they were properly served. Accordingly, the Court hereby ORDERS Plaintiffs Christina Legrama and Henry Banaga to file a report by September 16, 2010, regarding service of process upon the above-named defendants. If Plaintiffs contend that the defendants were properly served, they shall file proof of service by September 16, 2010. If U.S. Pacific and Fremont General have not been properly served, Plaintiffs shall state why they should not be dismissed from this case.

**IT IS SO ORDERED.**

Dated: September 1, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge