# UNITED STATES DISTRICT COURT
## Northern District of California

CHRISTINA LEGRAMA and HENRY BANAGA, JR.,

        Plaintiffs,

  v.

FREMONT INVESTMENT & LOAN, et al.,

        Defendants.
_____/

No. C 10-2945 MEJ

**ORDER TO SHOW CAUSE**

On September 1, 2010, the Court ordered Plaintiffs Christina Legrama and Henry Banaga to file a report by September 16, 2010, regarding service of process upon Defendants U.S. Pacific Loans and Fremont General Credit Corporation. (Dkt. #33.) Plaintiffs have failed to respond. Accordingly, the Court hereby ORDERS Plaintiffs to show cause why the above-named defendants should not be dismissed from this action. Plaintiffs shall file a declaration by September 23, 2010, and the Court shall conduct a hearing on September 30, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 17, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge