**Time: 15 min/s**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## *CHIEF MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE:  September 30, 2010**
**TITLE: Legrama -v- Fremont Investment & Loan**        **Case #: C-10-2945 MEJ**

---

### APPEARANCES:

**FOR PLAINTIFF:**                          **FOR DEFENDANT:**

**Christina Banaga Legrama, Pro Se**        **M. Elizabeth Holt**
**Henry Banaga, Pro Se**                    **William Lee**
                                            **Mia s. Blackler**
                                            **Stephen R. Williams**

---

**Deputy Clerk:  Brenda Tolbert**                   **Reporter: Jim Yeomans**

### PROCEEDINGS:

\_\_\_\_  **Case Management**
\_\_\_\_  **Further Case Management**
\_\_\_\_  **Further Status**
\_\_\_\_  **Jury Trial**
\_\_\_\_  **Settlement Conference (Length: hr/s.)**
\_\_\_\_  **Evidentiary Hearing**
\_\_\_\_  **Examination of Judgment Debtor**
\_X\_  **Motion**
\_\_\_\_  **Other**

---

### ORDER/RESULTS:

**Defendant's Motion to Dismiss Held.  Matter Under Submission.  See Court Order.**

**Case Continued To _____ For:_____**
**Case Referred To:_____ For:_____**

**ORDER TO BE PREPARED BY:  Court**