1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINA LEGRAMA and HENRY BANAGA, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>FREMONT INVESTMENT & LOAN, a Business Entity, form unknown; U S PACIFIC LOANS, INC., a Business Entity, form unknown; DEUTSCHE BANK NATIONAL TRUST COMPANY, a Business Entity, form unknown; AMERICA'S SERVICING COMPANY, a Business Entity, form unknown; FREMONT GENERAL CREDIT CORPORATION, a Business Entity, form unknown; COMMONWEALTH LAND TITLE COMPANY, a Business Entity, form unknown; FIRST AMERICAN TITLE INSURANCE COMPANY, a Business Entity, form unknown; STEPHEN R. WILLIAMS, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:10-cv-02945-MEJ<br><br>[Proposed] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>Courtroom: B, 15th Floor<br>Judge: Hon. Maria-Elena James |

BN 7266433v1                                            -1-

[PROPOSED] ORDER – CASE NO. 3:10-CV-02945-MEJ

1     **IT IS HEREBY ORDERED** that Defendants' Administrative Motion is GRANTED as
2 follows:

3     1.    The case management deadlines currently set for October 7, 2010, are hereby
4 continued to _December 9_, 2010; and

5     1. The case management conference currently scheduled for October 14, 2010 is hereby
6 continued to _December 16_, 2010, at _10:00_ a/pm.

9 DATED: _October 6_, 2010

By:_____
HON. MARIA-ELENA JAMES
MAGISTRATE JUDGE FOR THE UNITED
STATES DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA