1  DONALD J. QUERIO (State Bar No. 54367)
   Email: djq@severson.com
2  M. ELIZABETH HOLT (State Bar No. 263206)
   Email: meh@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  AMERICA'S SERVICING COMPANY
   and DEUTSCHE BANK NATIONAL
8  TRUST COMPANY

9              UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12 | CHRISTINA LEGRAMA and HENRY | Case No. 3:10-cv-02945 MEJ
   | BANAGA, JR.,
13 |                              | **REQUEST TO FILE SUPPLEMENTAL**
   |            Plaintiffs,        | **DOCUMENTS IN SUPPORT OF**
14 |                              | **MOTION TO DISMISS OF**
   |       vs.                    | **DEFENDANTS AMERICA'S**
15 |                              | **SERVICING COMPANY AND**
   | FREMONT INVESTMENT & LOAN; U.S. | **DEUTSCHE BANK NATIONAL**
16 | PACIFIC LOANS, INC.; DEUTSCHE BANK | **TRUST COMPANY**
   | NATIONAL TRUST COMPANY;
17 | AMERICA'S SERVICING COMPANY;
   | FREMONT GENERAL CREDIT
18 | CORPORATION; COMMONWEALTH    | Complaint Filed:    May 21, 2010
   | LAND TITLE COMPANY; FIRST    | Removal Date:       July 6, 2010
19 | AMERICAN TITLE INSURANCE
   | COMPANY; STEPHEN R. WILLIAMS; and
20 | DOES 1 through 50, inclusive,
21 |            Defendants.
22

23        On September 30, 2010, this Court heard two motions to dismiss filed by defendants.  At

24 the motion hearing, the Court requested plaintiffs Christina Legrama and Henry Banaga, Jr., to

25 file certain documents from their concurrent bankruptcy case.

26        Plaintiffs have not done so, and the Court has not yet ruled on defendants' motions to

27 dismiss.  For the Court's convenience, defendants America's Servicing Company and Deutsche

28 Bank National Trust Company respectfully request permission to file the following documents,

which they believe will fully address the Court's concerns about plaintiff Christina Legrama's

bankruptcy case:

      1.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay

and Co-Debtor Stay, filed November 17, 2009, in United States Bankruptcy Court for the

Northern District of California, Case No. 09-47850, attached hereto as Exhibit A.

      2.     Order Granting Relief from Stay and Co-Debtor Stay After Default Under

Adequate Protection Order, filed March 17, 2010, in the same case, attached hereto as Exhibit B.

DATED:  October 25, 2010

SEVERSON & WERSON
A Professional Corporation


By: _____/s/M. Elizabeth Holt_____
               M. Elizabeth Holt

Attorneys for Defendants
AMERICA'S SERVICING COMPANY and
DEUTSCHE BANK NATIONAL TRUST
COMPANY