UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CHRISTINA LEGRAMA and HENRY BANAGA, JR., <br><br> Plaintiffs, <br><br> v. <br><br> FREMONT INVESTMENT & LOAN, et al., <br><br> Defendants. <br> _____/ | No. C 10-2945 MEJ <br><br> **SECOND ORDER TO SHOW CAUSE** |

    Currently pending before the Court are three motions to dismiss and one motion to strike. Dkt. Nos. 56, 57, 59, 64. Although a hearing is scheduled to take place on June 9, 2011, Plaintiffs have yet to file any opposition to the pending motions, even though the motions have been pending since February of this year. Pursuant to Civil Local Rule 7-3(a), any opposition must be served and filed not less than 21 days before the hearing date. Accordingly, the Court hereby ORDERS Plaintiffs to show cause why sanctions should not be imposed, including granting the pending motions, for failure to comply with court deadlines. Plaintiffs shall file a declaration by June 9, 2011, and the Court shall conduct a hearing on June 23, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The June 9 hearing on the pending motions is VACATED.

    **IT IS SO ORDERED.**

Dated: May 23, 2011

                                                                              _____
                                                                              Maria-Elena James
                                                                              Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA LEGRAMA et al,

      Plaintiff,

v.

FREMONT INVESTMENT & LOAN et al,

      Defendant.

Case Number: CV10-02945 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christina Legrama
Henry Banaga
67 Boxford Place
San Ramon, CA 94583

Dated: May 23, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2