UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CHRISTINA LEGRAMA and HENRY BANAGA, JR., | No. C 10-2945 MEJ |
| Plaintiffs, | **ORDER DISCHARGING SECOND OSC** |
| v. | |
| FREMONT INVESTMENT & LOAN, et al., | **ORDER SCHEDULING HEARING RE: MOTIONS TO DISMISS** |
| Defendants. | |

    Currently pending before the Court are three motions to dismiss and one motion to strike. Dkt. Nos. 56, 57, 59, 64. As Plaintiffs had not filed any opposition to the pending motions, the Court ordered Plaintiffs to show cause why sanctions should not be imposed, including granting the pending motions, for failure to comply with court deadlines. Dkt. No. 75. Although Plaintiffs did not respond to the order to show cause, they did subsequently file oppositions to the motions. Accordingly, the Court hereby DISCHARGES the order to show cause. The Court shall conduct a hearing on the pending motions on July 14, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

    **IT IS SO ORDERED.**

Dated: June 9, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA LEGRAMA et al,

    Plaintiff,

v.

FREMONT INVESTMENT & LOAN et al,

    Defendant.

Case Number: CV10-02945 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 9, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christina Legrama
Henry Banaga
67 Boxford Place
San Ramon, CA 94583

Dated: June 9, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk